IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| TREVOR ALSTON | : | NO. 09-640 |

## ORDER

AND NOW, this 24th day of August, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion to Dismiss for Improper Joinder, and Alternatively for Severance (Doc. No. 12), is DENIED.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Criminal Cases\09-640 Alston\Alston - Order Mot Dismiss Severance.wpd